IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE A. HERNANDEZ CONTRERAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-cv-1103-TMH |
| | ) | [wo] |
| CARL ROWE, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On January 10, 2013, the Magistrate Judge filed a Recommendation in this case dismissing this case with prejudice prior to service of process pursuant to the directives of 28 U.S.C.§ 1915(e)(2)(B)(i) as the complaint is not filed within the time prescribed by the applicable period of limitations. (Doc. 4). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) for Plaintiff's failure to file the complaint within the applicable period of limitations.

Done this the 6th day of March, 2013.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE